## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL A. DELUCA,** **FBO MICHAEL A. DELUCA ROTH IRA** **10 Mezza Luna Court** **Henderson, Nevada 89011** | : : : : : : |
| **Plaintiff,** | : : |
| **vs.** | : **Case No. 1:15-CV-00278** : |
| **COMPRESSUS, INC.** **101 Constitution Avenue, N.W., Suite 800** **Washington, DC 20001** | : : : : |
| **Serve:** **Laszlo Gasztonyi,** **Chief Operating Officer** **Compressus, Inc.** **101 Constitution Avenue, N.W., Suite 800** **Washington, DC 20001** | : : : : : : : |
| **Defendant.** | : : : |

## COMPLAINT

Plaintiff Michael A. DeLuca FBO Michael A. DeLuca ROTH IRA ("Plaintiff"), by undersigned counsel, Shulman, Rogers, Gandal, Pordy & Ecker, P.A., hereby sues Compressus, Inc. ("Compressus" or "Defendant"), and for a cause of action states:

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiff is the lender under two (2) promissory notes which are the subject of this litigation. Michael A. DeLuca is the owner of the Michael A. DeLuca ROTH IRA. Plaintiff acts as the trustee of the Michael A. DeLuca Roth IRA, which is held in a custodial account by NTC & Co. Plaintiff is a resident of Nevada.

2.      Compressus is a Delaware corporation with its corporate headquarters and principal place of business at 101 Constitution Avenue, N.W., Suite, Washington, DC 20001.

3.      Jurisdiction lies properly in this Court pursuant to 28 U.S.C. § 1332 as the parties are citizens of different states, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391.

<u>COUNT I</u>
**(Breach of Contract)**

5.      Plaintiff is the holder of the following two (2) Convertible Promissory Notes issued by Compressus: (i) Note Issued to NTC & CO FBO Michael A. DeLuca, Roth IRA, dated July 19, 2011, as reissued August 14, 2012, in the principal amount of $100,000 (the "2011 DeLuca Note"), a true and correct copy of which is attached hereto as <u>Exhibit A</u>; and (ii) Note Issued to NTC & CO FBO Michael A. DeLuca, Roth IRA, dated July 23, 2012, as reissued August 14, 2012, in the principal amount of $100,000 (the "2012 DeLuca Note"), a true and correct copy of which is attached hereto as <u>Exhibit B</u>.

6.      Pursuant to the terms of the 2011 DeLuca Note and the 2012 DeLuca Note (together, the "Notes"), interest accrues at a rate of ten percent (10%) per annum.

7.      The Notes define the maturity date as follows:

1.1     <u>Maturity</u>.  Subject to the provisions of Section 2 hereof relating to the conversion of this Note, the outstanding principal balance of this Note, together with interest accrued and unpaid to date, shall be due and payable upon the earliest to occur of (i) the Maturity Date, (ii) the date of consummation of an Exit Event (the "<u>Exit Event Date</u>") and (iii) following an Event of Default, upon demand by Lender (other than an Event of Default contemplated by Section 4.3 or 4.4 hereof, in which case no demand shall be necessary).

6.4     "<u>Maturity Date</u>" means December 31, 2014.

2

8.      Pursuant to the Notes, Plaintiff had the right, but not the obligation, to convert certain amounts due under the Notes into common stock.  Plaintiff did not exercise that right.

9.      Although not required pursuant to the terms of the Notes, Plaintiff made several demands for payment subsequent to the Maturity Date of December 31, 2014.  Compressus failed to pay.

10.     On December 29, 2014 and again on February 17, 2015, Compressus sent letters to Plaintiff acknowledging Compressus' obligation to pay the principal and accrued interest due under the Notes on December 31, 2014 and apologizing for the delay.

11.     As of February 10, 2015, excluding Plaintiff's costs and expenses (including without limitation Plaintiff's reasonable attorneys' fees and costs), the following principal and interest was due:

| Note | Principal Balance | Interest Through February 10, 2015 | Total of Principal and Interest Through February 10, 2015 |
|------|------------------|-----------------------------------|-----------------------------------------------------------|
| 2011 DeLuca Note | $100,000 | $35,643 | $135,643 |
| 2012 DeLuca Note | $100,000 | $25,534 | $125,534 |

12.     Pursuant to Section 3 of the Notes, Compressus is responsible for all costs and expenses, including, without limitation, reasonable attorneys' fees and costs, incurred in connection with any action instituted to collect on the Notes.  Plaintiff has incurred reasonable attorneys' fees and costs in commencing this action and will continue to incur additional reasonable attorneys' fees and costs in this action.

13.     Compressus is in default under the terms of the Notes for, *inter alia*, failing to pay all principal and accrued interest due as of, and after, the Maturity Date.

14.     As set forth in the Notes, Plaintiff is also entitled to recover all costs and expenses, including, without limitation, reasonable attorneys' fees and costs, incurred by Plaintiff to enforce his rights under the Notes.

15.     As a result of Compressus' default under the Notes, Plaintiff has suffered direct pecuniary damages.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

A.     Enter judgment in favor of Plaintiff and against Defendant Compressus for $261,177.00 (consisting of $200,000.00 in principal and $61,177.00 in pre-judgment interest through February 10, 2015), <u>plus</u> prejudgment interest accruing after February 10, 2015, post-judgment interest, reasonable attorneys' fees and costs to be determined by this Court, and court costs; and

B.     Grant Plaintiff such other relief as may be appropriate.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,**
**PORDY & ECKER, P.A.**

By:     /s/ Stephen A. Metz
Stephen A. Metz (DC Bar No. 463044)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:   (301) 230-6564
FAX:   (301) 230-2891
Email: smetz@shulmanrogers.com

*Attorneys for Plaintiff*

F: 125339.00002
5373042_1.doc